AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG 12 2008

UNITED STATES OF AMERICA

v.

GERARDO NIEBLAS-LEON

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2661-IEG

I, GERARDO NIEBLAS-LEON, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8-12-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

gerardo nieblas león

Gerardo Nieblas León
Defendant

Counsel for Defendant

Before
Judicial Officer